United States Bankruptcy Court
for the District of Columbia

**FILED**

OCT 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Re:

Greater Southeast Community Hospital

               Debtor(s)

Sam Alberts

               Plaintiff(s)

Universal Care

               Defendant(s)

Case Number: 02-2250

Adversary Proceeding Number: 04-10266

CASE NUMBER 1:06CV01854
JUDGE: John D. Bates
DECK TYPE: General Civil
DATE STAMP: 10/31/2006

TO:    Clerk, U.S. District Court for the District of Columbia

Transmitted herewith is the **Notice of Appeal** in the above-captioned adversary proceeding. Included in the transmittal is a copy of order being appealed and a certified copy of the docket sheet.

**Documents related to the appeal include:**

| DE# | Document | Filer |
|---|---|---|
| 38 | Memorandum of Decision | USBC |
| 39 | Final Judgment | USBC |
| 42 | Notice of Appeal | Sam Alberts, Plaintiff |
| 44 | Appellant Designation | Sam Alberts |
| 45 | Appelle Designation | Universal Care |

**Other comments:**

1

**The parties to the order appealed and their respective attorneys are as follows:**

| Appellant/Plaintiff | Attorney |
|---|---|
| Sam Alberts | Douglas S. Mintz<br>White & Case LLP<br>701 13th Street, NW<br>Washington, DC 20005 |
| **Appellee/Defendant** | **Attorney** |
| Universal Care | Frederick W.H. Carter<br>Venable LLP<br>575 7th Street, NW<br>Washington, DC 20004 |

Clerk

Dated: October 19, 2006

BY: _____
Deputy Clerk

---

Please return a copy of this transmittal with the following information:

District Court Case Number:
    Judge Assigned:        [*Affix Label Here*]
    Date Stamp:

**APPEAL**

# U.S. Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
### Adversary Proceeding #: 04-10266
Internal Use Only

*Assigned to:* Bankruptcy Judge S. Martin Teel, Jr.
*Related BK Case:* 02-02250
*Related BK Title:* Greater Southeast Community Hospital Cor and Doctors Community Healthcare Corporation
*Related BK Chapter:* 11
*Demand:* $793000
*Nature[s] of Suit:* 454 Recover Money/Property

*Date Filed:* 11/18/04

## Plaintiff

-----------------------

**Sam Alberts, Trustee**
White & Case LLP
601 Thirteenth St., N.W.
Washington, DC 20005
(202) 626-3600

represented by **Douglas Stephen Mintz**
White & Case LLP
701 13th Street, NW
Washington, DC 20005
usa
202-626-3594
Email: dmintz@whitecase.com

**Lucius B. Lau**
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
202-626-3696
Fax : 202-639-9355

        Email: alau@whitecase.com
*LEAD ATTORNEY*

**Sam J. Alberts**
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
202-626-3616
Fax : 202-639-9355
Email: salberts@whitecase.com

V.

**Defendant**

------------------------

| | | |
|---|---|---|
| **Universal Care**<br>1600 E. Hill St.<br>Signal Hill, CA 90755-3612 | represented by | **Frederick W. H. Carter**<br>Venable LLP<br>575 7th Street, NW<br>Washington, DC 20004-1601<br>202-344-8191<br>Email: fwhcarter@venable.com<br><br>**Kimberly L. Nelson**<br>Venable LLP<br>8010 Towers Crescent Drive<br>Suite 300<br>Vienna, VA 22182<br>(703) 760-1600<br>Fax : (703) 821-8949<br><br>**Lawrence A. Katz**<br>Venable LLP<br>8010 Towers Crescent Drive,<br>Suite 300<br>Vienna, VA 22182<br>usa<br>(703) 760-1921<br>Email: lakatz@venable.com |

*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
| 09/25/2006 | 38 | Memorandum Decision (Related Document(s) #:6 Motion to Dismiss Case.) Order entered on 9/25/2006. (Myers, Sally) (Entered: 09/25/2006) |
| 09/25/2006 | 39 | Final Judgment. Ordered that the Motion to Dismiss All Counts Of the Complaint Filed by Universal Care, Having Been Converted to a Motion for Summary Judgment Sua Sponte, Is Granted and that the Action Be Dismissed on the Merits. Order entered on 9/25/2006. (Myers, Sally) (Entered: 09/25/2006) |
| 09/27/2006 | 40 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:38 Memorandum Decision) No. of Notices: 2. Service Date 09/27/2006. (Admin.) (Entered: 09/28/2006) |
| 09/27/2006 | 41 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:39 Judgment, ) No. of Notices: 1. Service Date 09/27/2006. (Admin.) (Entered: 09/28/2006) |
| 10/03/2006 | 42 | Notice of Appeal . Fee Amount $255 Filed by Sam Alberts, Trustee (Re: Related Document(s) #:38 Memorandum Decision, 39 Judgment,.) Appellant Designation due by 10/13/2006. (Mintz, Douglas) (Entered: 10/03/2006) |
| 10/05/2006 | 43 | Receipt of Notice of Appeal(04-10266) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number446516. Fee Amount 255.00 (U.S. Treasury) (Entered: 10/05/2006) |

| 10/11/2006 | ●44 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Sam Alberts, Trustee (Re: Related Document(s) #:42 Notice of Appeal.) Appellee designation due by 10/23/2006 for 42,. Transmission of Designation Due by 11/13/2006 for 42,. (Mintz, Douglas) (Entered: 10/11/2006) |
|---|---|---|
| 10/18/2006 | ●45 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Universal Care (Re: Related Document(s) #:42 Notice of Appeal.) (Katz, Lawrence) (Entered: 10/18/2006) |

CERTIFIED COPY
CLERK, U.S. BANKRUPTCY COURT
BY: _____

JS-44
(Rev. 2/01 DC)

# CIVIL COVER SHEET

E-1853
JDB

## I (a) PLAINTIFFS
IN RE
SAM ALBERTS   GREATER SOUTHEAST COMMUNITY HOSPITAL

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
UNIVERSAL CARE

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS

CASE NUMBER  1:06CV01854
JUDGE: John D. Bates
DECK TYPE: General Civil
DATE STAMP: 10/31/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF P
FOR PLAINTIFF AND ONE B

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☒ E. General Civil (Other) OR  ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☒ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

BANKRUPTCY APPEAL  11: 8001

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   ☐
DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND: ☐ YES   ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☐ NO   If yes, please complete related case form.

DATE 10.31.06   SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

NOTICE OF APPEAL FROM
<u>U.S. BANKRUPTCY COURT</u>

In re: *GREATER SOUTHEAST COMM. HOSPITAL*

Bankruptcy No. *02-2250*
*ADVERSARY NO. 04-10266*

YOU ARE HEREBY NOTIFIED that on the *31st* day of *OCTOBER*, 20*06*, the appeal referred to above was entered on the docket and was assigned to Judge **BATES, J. JDB** _____ and received the Civil Action No. **06 1854**.

Your attention is directed to Rule 8009 of the Bankruptcy Rules of Procedure which provides:

(1) The Applicant shall serve and file his brief within fifteen (15) days after entry of the appeal;

(2) The Appellee shall serve and file his brief within fifteen (15) days after service of the brief of the appellant; and

(3) The Appellant may serve and file a reply brief within ten (10) days after service of the brief of the appellee.

Papers filed with the Clerk's Office must be filed in duplicate. In addition, please include on all subsequent papers both the Bankruptcy and Civil Action numbers.

NANCY MAYER-WHITTINGTON, CLERK

BY *Maureen Higgins*
Deputy Clerk

cc: Clerk, U.S. Bankruptcy Court for D.C.

*DOUGLAS HINTZ*
*FREDERICK CARTER*