UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>*Debtors.*<br><br>———<br><br>SAM J. ALBERTS, TRUSTEE FOR THE<br>DCHC LIQUIDATING TRUST,<br><br>*Appellant,*<br><br>v.<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>and<br><br>UNIVERSAL CARE, INC.<br><br>*Appellees.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-1212 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR AMENDED SCHEDULING ORDER**

**TO THE HONORABLE JOHN D. BATES,
UNITED STATES DISTRICT COURT JUDGE:**

    Sam J. Alberts, Trustee for The DCHC Liquidating Trust (the "Trustee", or the "Appellant"), by and through his undersigned counsel, hereby files this Consent Motion seeking entry of an amended scheduling order and in support states as follows:

1.     Pursuant to the Court's Third Amended Scheduling Order and Order Consolidating Cases entered February 21, 2007 (Docket No. 12), the Court set the briefing schedule which requires the Appellant's initial brief by March 16, 2007, Appellees' Greater Southeast Community Hospital Corp., I, *et al.*, and Universal Care, Inc.'s response brief by April 6, 2007, and the Appellant's reply brief by April 20, 2007.

2.     Within the last few days, the Trustee concluded a lengthy trial in the United States Bankruptcy Court for the District of Columbia, Adv. Pro. No. 04-10366, that began on January 19, 2007. In addition, the Trustee, Universal Care, Inc. and Greater Southeast Community Hospital Corp. I, *et al.*, have been in negotiations in the hopes of resolving this matter. In fact, the Trustee made a proposal to consensually resolve this matter in total and is currently waiting for a response from Universal Care, Inc. In light of these considerations, the Trustee spoke with counsel for Greater Southeast Community Hospital Corp., I, *et al.* and left a telephone message for counsel for Universal Care, Inc. to request an extension of time to file his initial brief.

3.     Specifically, counsel for Greater Southeast Community Hospital Corp., I, *et al.*, Patrick Collins, agreed to an extension of approximately three weeks for the Trustee's initial brief, but the Trustee did not hear back from counsel for Universal Care, Inc. prior to filing this Motion.

4.     The Trustee requests an extension to the current briefing schedule of approximately three weeks, so that briefs would be due as follows:

2

PROPOSED BRIEFING SCHEDULE

**April 9, 2007:**    Appellant's Initial Brief due.

**May 14, 2007:**    Appellees' Response Brief(s) due.

**May 28, 2007:**    Appellant's Reply Brief due.

WHEREFORE, the Trustee respectfully requests that the Court enter an order granting the relief requested herein and such other and further relief as is just and proper.

Dated: March 16, 2007                                         Respectfully submitted,


**WHITE & CASE LLP**


By: /s/ Dana E. Foster
Dana E. Foster (D.C. Bar No. 489007)
Jeffrey E. Schmitt (D.C. Bar No. 490013)
701 Thirteenth St., N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Sam J. Alberts,*
*Trustee for The DCHC Liquidating Trust*

**CERTIFICATE OF SERVICE**

  I certify that on March 16, 2007, a copy of the attached "CONSENT MOTION FOR AMENDED SCHEDULING ORDER" was sent by first-class mail to the following parties:

Patrick Collins, Esq.
Farrell Fritz P.C.
Reckson Plaza
Uniondale, NY 11556

*Counsel to the Reorganized Debtors*

Lawrence A. Katz, Esq.
Kimberly L. Nelson, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone: (703) 760-1600
Facsimile: (703) 821-8949

*Counsel for Universal Care, Inc.*

            /s/ Jeffrey E. Schmitt

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re:<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br><br>*Debtors.*<br><br>———————————————————<br><br>SAM J. ALBERTS, TRUSTEE FOR THE<br>DCHC LIQUIDATING TRUST,<br><br>*Appellant,*<br><br>v.<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL CORP., I, *et al.*<br><br>and<br><br>UNIVERSAL CARE, INC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-1212 (JDB) |

|  |  |
|---|---|
| *Appellees.* | )<br>)<br>) |

## **PROPOSED AMENDED SCHEDULING ORDER**

Pursuant to Sam J. Alberts, Trustee for The DCHC Liquidating Trust's Consent Motion for Amended Scheduling Order, is its hereby

ORDERED that the parties shall file briefs in accordance with the following schedule:

1. Sam J. Alberts, Trustee for The DCHC Liquidating Trust (the "Trustee", or the "Appellant") shall serve his initial brief on or before **April 9, 2007.**

2. Greater Southeast Community Hospital Corp., I, *et al.* and Universal Care, Inc. shall serve their response brief(s) on or before **May 14, 2007.**

3. The Trustee and any other party shall serve any reply brief on or before **May 28, 2007.**

SO ORDERED

                                                                     Hon. John D. Bates
                                                                     United States District Judge

DATE: March __, 2007

Copies to:

Lawrence A. Katz, Esq.
Kimberly Nelson, Esq.
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
(703) 760-1600
(703) 821-8949 (fax)

*Counsel to Universal Care, Inc.*

Patrick J. Collins, Esq.
Farrell Fritz, P.C.
1320 Reckson Plaza
Uniondale, NY 11556-1320
(516) 227-0700
(516) 227-0777 (fax)

Cleveland Lawrence, III, Esq.
Weil, Gotshal & Manges LLP
1300 Eye Street, NW
Suite 900
Washington, DC 20005
(202) 682-7000
(202) 857-0940 (fax)

*Counsel to the Reorganized Debtors*

Sam. J. Alberts, Esq.
Jeffrey E. Schmitt, Esq.
Joshua M. Hantman, Esq.
White & Case LLP
701 13th Street, NW
Washington, DC 20005
(202) 626-3600
(202) 639-9355 (fax)

*Counsel to Sam J. Alberts*
*Trustee for the DCHC Liquidating Trust*