UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: )<br>)<br>GREATER SOUTHEAST )<br>COMMUNITY HOSPITAL CORP., I, *et al.* )<br>)<br>*Debtors.* )<br>) | |
| ) | Civil Action No. 06-1212 (JDB) |
| SAM J. ALBERTS, TRUSTEE FOR THE )<br>DCHC LIQUIDATING TRUST, )<br>)<br>*Appellant,* )<br>)<br>v. )<br>)<br>GREATER SOUTHEAST )<br>COMMUNITY HOSPITAL CORP., I, *et al.* )<br>)<br>and )<br>)<br>UNIVERSAL CARE, INC. )<br>)<br>*Appellees.* )<br>) | |

### STIPULATION OF DISMISSAL OF APPEAL

**TO THE HONORABLE JOHN D. BATES,
UNITED STATES DISTRICT COURT JUDGE:**

Sam J. Alberts, Trustee for The DCHC Liquidating Trust, Universal Care, Inc., and Greater Southeast Community Hospital Corp. I, *et. al.*, pursuant to Rule 8001(c)(2) of the

WASHINGTON 1186663 v1 (2K)

Federal Rules of Bankruptcy Procedure, hereby file this stipulation requesting dismissal of this appeal with prejudice.

Dated: March 29, 2006                           Respectfully submitted,

**WHITE & CASE** LLP

By: /s/ Dana E. Foster
　　Dana E. Foster (D.C. Bar No. 489007)
　　Jeffrey E. Schmitt (D.C. Bar No. 490013)
　　701 Thirteenth St., N.W.
　　Washington, D.C.  20005
　　tel.: (202) 626-3600
　　fax: (202) 639-9355

　　*Counsel to Sam J. Alberts,*
　　*Trustee for The DCHC Liquidating Trust*


By:　　　/s/ Lawrence A. Katz
　　Lawrence A. Katz (D.C. Bar No. 252825)
　　Kimberly L. Nelson
　　Venable LLP
　　8010 Towers Crescent Drive, Suite 300
　　Vienna, Virginia 22182
　　Telephone: (703) 760-1600
　　Facsimile: (703) 821-8949

　　*Counsel for Universal Care, Inc.*

2

        By: _____/s/ Patrick Collins_____
            Peter D. Isakoff, Esq.
            Holly E. Loiseau, Esq.
            Weil, Gotshal & Manges LLP
            1501 K Street N.W. Suite 100
            Washington, D.C. 20005

            Ted A. Berkowitz, Esq.
            Patrick Collins, Esq.
            Farrell Fritz, P.C.
            1320 Reckson Plaza
            Uniondale, NY 1156

            *Counsel for the Reorganized Debtors*

## CERTIFICATE OF SERVICE

      I certify that on March 29, 2007, a copy of the attached "STIPULATION OF DISMISSAL OF APPEAL" was sent by first-class mail to the following parties:

Patrick Collins, Esq.
Farrell Fritz P.C.
Reckson Plaza
Uniondale, NY 11556

*Counsel to the Reorganized Debtors*

Lawrence A. Katz, Esq.
Kimberly L. Nelson, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone: (703) 760-1600
Facsimile: (703) 821-8949

*Counsel for Universal Care, Inc.*

/s/ Dana E. Foster